MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:24-po-00113-JDP |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) | |
| JONATHAN LEGGETT, | ) | DATE:  May 14, 2024 |
| | ) | TIME:  9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:24-po-00113-JDP is GRANTED.

It is further ordered that the bench warrant issued on May 14, 2024, is recalled.

IT IS SO ORDERED.

Dated: January 24, 2025

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge